MICHAEL BERGMAN, Respondent, *v.* THE MANHATTAN RAIL
WAY COMPANY et al., Appellants.

(Argued October 29, 1891; decided December 15, 1891.)

APPEAL from judgment of the General Term of the Superior
Court of the city of New York, entered upon an order made
May 4, 1891, which affirmed a judgment in favor of plaintiff,
entered upon a decision of the court on trial without a jury.

*Samuel Blythe Rogers* for appellants.

*Charles A. B. Pratt, Jr.,* for respondent.

Agree to affirm on authority of *Kernochan* v. *N. Y. El.
R. R. Co.* (128 N. Y. 559) and *Lynch* v. *Metropolitan El.
R. Co.* (*ante,* page 274); no opinion.
All concur.
Judgment affirmed.

---

THE PEOPLE ex rel. ROSWELL P. FLOWER, Appellant, *v.* FRED-
ERICK W. BLECKWENN, Treasurer, etc., Respondent.

*/32-323.*

(Argued November 30, 1891; decided December 15, 1891.)

APPEAL from order of the General Term of the Supreme
Court in the second judicial department, made December 9,
1889, which reversed an order of Special Term allowing a
peremptory writ of mandamus. .

*Eliphalet Nott Anable* for appellant.

*George W. Stephens* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.